1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12              Plaintiff,                    CASE NO.  1:21-MC-00001-AWI

13         v.                                 STIPULATION AND ORDER EXTENDING TIME
                                              FOR FILING A COMPLAINT FOR FORFEITURE
14 APPROXIMATELY $60,000.00 IN U.S.           AND/OR TO OBTAIN AN INDICTMENT
   CURRENCY,                                  ALLEGING FORFEITURE
15
   APPROXIMATELY $10,000.00 IN U.S.
16 CURRENCY, and

17 ASSORTED MONEY ORDERS VALUED AT
   $4,000.00 IN U.S. CURRENCY,
18
                Defendants.
19

20         It is hereby stipulated by and between the United States of America and potential claimants

21 Albert Corona and Coalinga Auto & Truck Diesel Repair ("claimants"), by and through their respective

22 counsel, as follows:

23         1.      On or about October 13, 2020, claimants filed a claim in the administrative forfeiture

24 proceeding with the Drug Enforcement Administration with respect to Approximately $60,000.00 in

25 U.S. Currency, Approximately $10,000.00 in U.S. Currency, and Assorted Money Orders valued at

26 $4,000.00 in U.S. Currency, which were seized on July 10, 2020 and July 23, 2020, (hereafter

27 collectively "defendant funds").

28

   Stipulation and Order to Extend Time                1

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is January 11, 2021.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to March 12, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

1      5.      Accordingly, the parties agree that the deadline by which the United States shall be

2 required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

3 alleging that the defendant funds are subject to forfeiture shall be extended to March 12, 2021.

4 Dated:  January 8, 2021                         McGREGOR W. SCOTT
United States Attorney

6                                          By:  /s/ Kevin C. Khasigian

7                                              KEVIN C. KHASIGIAN
Assistant U.S. Attorney

9 Dated:  January 8, 2021              By:  /s/ Arturo Hernandez

10                                            ARTURO HERNANDEZ
Attorney for Potential Claimants
Albert Corona and Coalinga Auto &
Truck Diesel Repair
(Signature authorized by phone)

IT IS SO ORDERED.

Dated:  _January 11, 2021_                                       
                                      SENIOR  DISTRICT  JUDGE