PHILIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-MC-00001-AWI |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $60,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, and | |
| ASSORTED MONEY ORDERS VALUED AT $4,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Albert Corona and Coalinga Auto & Truck Diesel Repair ("claimants"), by and through their respective counsel, as follows:

1.    On or about October 13, 2020, claimants filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to Approximately $60,000.00 in U.S. Currency, Approximately $10,000.00 in U.S. Currency, and Assorted Money Orders valued at $4,000.00 in U.S. Currency, which were seized on July 10, 2020 and July 23, 2020, (hereafter collectively "defendant funds").

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was January 11, 2021.

4.     By Stipulation and Order filed January 11, 2021, the parties stipulated to extend to March 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 11, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

1       6.      Accordingly, the parties agree that the deadline by which the United States shall be

2   required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

3   alleging that the defendant funds are subject to forfeiture shall be extended to April 11, 2021.

4   Dated:  March 11, 2021                      PHILLIP A. TALBERT
                                        Acting United States Attorney

5

6                                    By:  /s/ Kevin C. Khasigian

7                                        KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney

8

9   Dated:  March 11, 2021                By:  /s/ Arturo Hernandez

10                                       ARTURO HERNANDEZ
                                     Attorney for Potential Claimants

11                                       Albert Corona and Coalinga Auto &
                                     Truck Diesel Repair

12                                       (Signature authorized by email)

13

14  IT IS SO ORDERED.

15  Dated:   March 12, 2021

16                               SENIOR  DISTRICT  JUDGE

17

18

19

20

21

22

23

24

25

26

27

28