PHILIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-MC-00001-AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $60,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, and | |
| ASSORTED MONEY ORDERS VALUED AT $4,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Albert Corona and Coalinga Auto & Truck Diesel Repair ("claimants"), by and through their respective counsel, as follows:

1. On or about October 13, 2020, claimants filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to Approximately $60,000.00 in U.S. Currency, Approximately $10,000.00 in U.S. Currency, and Assorted Money Orders valued at $4,000.00 in U.S. Currency, which were seized on July 10, 2020 and July 23, 2020, (hereafter collectively "defendant funds").

Stipulation and Order to Extend Time

1

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was January 11, 2021.

4. By Stipulation and Order filed January 11, 2021, the parties stipulated to extend to March 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed March 12, 2021, the parties stipulated to extend to April 11, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 10, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to July 10, 2021.

Dated: April 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney

Dated: April 8, 2021

By: /s/ Arturo Hernandez
ARTURO HERNANDEZ
Attorney for Potential Claimants
Albert Corona and Coalinga Auto &
Truck Diesel Repair
(Approved by telephone on 4/8/21)

IT IS SO ORDERED.

Dated: April 15, 2021

_____
SENIOR DISTRICT JUDGE